



# MEMORANDUM OPINION

No. 04-11-00662-CR

Alfred **CASAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR9298
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
               Karen Angelini, Justice
               Marialyn Barnard, Justice

Delivered and Filed: March 21, 2012

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellant filed a motion to dismiss this appeal. The motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.2(a). We **order** the clerk of this court to immediately issue the mandate. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM

Do Not Publish